UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

FILED
DEC - 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

FOCUS ENTERPRISES, INC.

*Plaintiff*

-*against*-

ZASSI MEDICAL EVOLUTIONS, INC.

*Defendant*

CASE NO.

CASE NUMBER  1:06CV02068
JUDGE: Gladys Kessler
DECK TYPE: Contract
DATE STAMP: 12/04/2006

**Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia**

Pursuant to the Corporate Disclosure Statement provisions in LCvR Rule 7.1 any non-governmental corporate party to a proceeding must file a statement identifying all parent, subsidiary and other affiliate corporations and listing any publicly held company that owns 10% or more of the party's stock. A party must file the statement upon filing a complaint, answer, motion, response or other pleading in this Court, whichever occurs first. The obligation to disclose any changes will be continuing throughout the pendency of the case.

I, the undersigned counsel of record for Focus Enterprises, Inc., certify that to the best of my knowledge and belief, the following are the parent companies, subsidiaries or affiliates of Focus Enterprises, Inc. which have any outstanding securities in the hands of the public.

None.

These representations are made in order that the judges of this court may determine the need for recusal.

Dated: December 4, 2006

Gordon Locke (GL 6360)
Attorney for Plaintiff, Focus Enterprises, Inc.
74 Sheldrake Place
New Rochelle NY 10804
914-632-8568

D.C. Bar No. NY0070

2