```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA


FOCUS ENTERPRISES, INC.,        )
                                )
           Plaintiff,           )
                                )
v.                              )   Civil Action No: 06-2068(GK)
                                )
ZASSI MEDICAL EVOLUTIONS, INC.  )
                                )
           Defendant.           )
                                )
_____)
```

## **CERTIFICATE UNDER LCvR 7.1**

I, the undersigned, counsel of record for ZASSI MEDICAL EVOLUTIONS, INC., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of ZASSI MEDICAL EVOLUTIONS, INC., which have any outstanding securities in the hands of the public.

        Zassi Medical Evolutions Operating, LLC
        Bowel Management Systems, LLC
        MDInnovators, LLC

These representations are made in order that judges of this Court may determine the need for recusal.

        KIRKLAND & ELLIS LLP


        By   /s/ Thomas A. Clare
           Thomas A. Clare
           DC Bar No. 461964
           655 Fifteenth Street, NW
           12th Floor
           Washington D.C. 20005
           Telephone:  (202) 879-5000
           Facsimile:  (202) 879-5200
           Email: tclare@kirkland.com

        - and -

    BEDELL, DITTMAR, DEVAULT,
       PILLANS & COXE, P.A.
    Patrick P. Coll
    Florida Bar No. 0084670
    Kevin B. Cook
    Florida Bar No. 507474
    The Bedell Building
    101 East Adams Street
    Jacksonville, Florida 32202
    Telephone:  (904) 353-0211
    Facsimile:  (904) 353-9307
    E-Mail: pcoll@bedellfirm.com
    E-Mail: kcook@bedellfirm.com
    (motion for admission
    *pro hac vice* pending)

Attorneys for Zassi Medical Evolutions, Inc.