```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

FOCUS ENTERPRISES, INC.,        )
                                )
                Plaintiff,      )
                                )
v.                              )   Civil Action No: 06-2068 (GK)
                                )
ZASSI MEDICAL EVOLUTIONS, INC., )
                                )
                Defendant.      )
                                )
_____)
```

### DEFENDANT'S MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to LCvR 83.2(c), Defendant, by and through its undersigned counsel, moves this Court for an order admitting Patrick P. Coll and Kevin B. Cook *pro hac vice* to the bar of this Court for the purpose of representing Zassi Medical Evolutions, Inc. in this action, and in support states:

1. Patrick P. Coll is an attorney-at-law and member of the firm of Bedell, Dittmar, DeVault, Pillans & Coxe, P.A., 101 East Adams Street, Jacksonville, Florida 32202. Mr. Coll is an active member in good standing of the bar of the State of Florida, the United States District Courts for the Southern, Northern, and Middle Districts of Florida, and the United States Court of Appeals for the Eleventh Circuit. Mr. Coll's Certificate of Good Standing from the United States District Court for the Middle District of Florida is attached hereto as Exhibit "A".

2. Mr. Coll has not previously applied for permission to appear in any District of Columbia court.

3. Mr. Coll has never been disciplined by any bar, nor does he have any disciplinary proceedings pending against him.

4. Mr. Coll has read the Rules of the United States District Court for the District of Columbia.

5. The undersigned counsel is an active member in good standing of the District of Columbia Bar with an office in the District upon whom papers can be served and who will act as counsel with Mr. Coll and other members of his firm.

6. Kevin B. Cook is an attorney-at-law and member of the firm of Bedell, Dittmar, DeVault, Pillans & Coxe, P.A., 101 East Adams Street, Jacksonville, Florida 32202. Mr. Cook is an active member in good standing of the bar of the State of Florida, the United States District Court2 for the Southern, Northern, and Middle Districts of Florida, and the United States Court of Appeals for the Eleventh Circuit. Mr. Cook's Certificate of Good Standing from the United States District Court for the Middle District of Florida is attached hereto as Exhibit "B".

7. Mr. Cook has not previously applied for permission to appear in any District of Columbia court.

8.  Mr. Cook has never been disciplined by any bar, nor does he have any disciplinary proceedings pending against him.

9.  Mr. Cook has read the Rules of the United States District Court for the District of Columbia.

10. The undersigned counsel is an active member in good standing of the District of Columbia Bar with an office in the District upon whom papers can be served and who will act as counsel with Mr. Cook and other members of his firm.

WHEREFORE, Defendant respectfully requests this Court to admit Patrick P. Coll and Kevin B. Cook *pro hac vice* in this action.

DATED this 9th day of February, 2007.

                    KIRKLAND & ELLIS LLP

                    By    /s/ Thomas A. Clare
                          Thomas A. Clare
                          DC Bar No. 461964
                          655 Fifteenth Street, NW
                          12th Floor
                          Washington D.C. 20005
                          Telephone:  (202) 879-5000
                          Facsimile:  (202) 879-5200
                          Email: tclare@kirkland.com

                  Attorneys for Zassi Medical Evolutions, Inc.

# DEFENDANT'S MOTION FOR ADMISSION *PRO HAC VICE*

# EXHIBIT A

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA

## CERTIFICATE OF GOOD STANDING

*I, Sheryl L. Loesch , Clerk of this Court,*

*certify that PATRICK P. COLL, Bar Number 0084670*

*was duly admitted to practice in this Court on*

*December 17, 1996, and is in good standing*

*as a member of the Bar of this Court.*

Dated at Jacksonville, Florida, on February 9, 2007

| SHERYL L. LOESCH | *signature* |
|---|---|
| Clerk | Deputy Clerk |

# DEFENDANT'S MOTION FOR ADMISSION
## *PRO HAC VICE*

# EXHIBIT B

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA

## CERTIFICATE OF GOOD STANDING

I, Sheryl L. Loesch, Clerk of this Court,

certify that KEVIN BAYLY COOK, Bar Number 0507474,

was duly admitted to practice in this Court on

November 1, 2001, and is in good standing

as a member of the Bar of this Court.

Dated at Jacksonville, Florida, on February 9, 2007

| | |
|---|---|
| SHERYL L. LOESCH | *[signature]* |
| Clerk | Deputy Clerk |

```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

FOCUS ENTERPRISES, INC.,        )
                                )
            Plaintiff,          )
                                )
v.                              )     Civil Action No: 06-2068 (GK)
                                )
ZASSI MEDICAL EVOLUTIONS, INC.,)
                                )
            Defendant.          )
                                )
_____)

**ORDER**

This cause came on to be heard upon Defendant's Motion for Admission *Pro Hac Vice* to admit Patrick P. Coll and Kevin B. Cook *pro hac vice* to the bar of this Court for the purpose of representing Zassi Medical Evolutions, Inc. in this action. The Court being fully advised in the premises, it is

ORDERED as follows:

Defendant's Motion for Admission *Pro Hac Vice* is granted and Patrick P. Coll and Kevin B. Cook are hereby admitted to appear in the above-styled case *pro hac vice* on behalf of Defendant Zassi Medical Evolutions, Inc.

DONE and ORDERED in Chambers at District of Columbia, this ___ day of _____, 2007.

                                    _____
                                    UNITED STATES DISTRICT JUDGE

Copies to:

Thomas A. Clare
DC Bar No. 461964
655 Fifteenth Street, NW
12th Floor
Washington D.C. 20005

Patrick P. Coll
Bedell, Dittmar, DeVault,
     Pillans & Coxe, P.A.
The Bedell Building
101 East Adams Street
Jacksonville, Florida 32202

Kevin B. Cook
Bedell, Dittmar, DeVault,
     Pillans & Coxe, P.A.
The Bedell Building
101 East Adams Street
Jacksonville, Florida 32202

Gordon Locke
74 Sheldrake Place
New Rochelle, NY 10804