UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

_____

FOCUS ENTERPRISES, INC.,

                                  Plaintiff,     Civil Action No. 06-2068  (GK)

    -against-

ZASSI MEDICAL EVOLUTIONS, INC.,

                                Defendant

_____

## PLAINTIFF'S MOTION TO ENLARGE TIME TO FIlE AND SERVE PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS OR TRANSFER VENUE

The undersigned counsel for Plaintiff moves to enlarge Plaintiff's time to file and serve Plaintiff's Memorandum of Points and Authorities and such supporting papers, affidavits and documents as it may deem appropriate, in opposition to the Defendant's pending motion to dismiss or to transfer venue of this case to and through March 9, 2007.

Counsel certifies that no request for similar relief has been previously filed and that on February 15, 2007, Counsel conferred with lead counsel for the Defendant who authorized the undersigned to represent to the court that the Defendant has no objection to the granting of this motion.

Dated: February 16, 2007
New Rochelle NY

/s/ Gordon Locke

Gordon Locke, Esq.
D,D.C. Bar # NY 0740
74 Sheldrake Place
New Rochelle, NY 10804
Tel::914-632-8568
Fax: 914-654-8226
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

_____

FOCUS ENTERPRISES, INC.,

                        Plaintiff,    Civil Action No. 06-2068 (GK)

-against-

ZASSI MEDICAL EVOLUTIONS, INC.,

                        Defendant

_____

[PROPOSED] ORDER

The Plaintiff having moved to Enlarge Plaintiff's time to file and serve its Opposition to Defendant's Motion for Dismiss or to Transfer Venue, and the Defendant have stated that it has no opposition to the Court's granting such motion, it is hereby ordered, that:

Plaintiff time to file and serve it Opposition to Defendant's pending Motion to Dismiss is hereby reset to and through March 9, 2007.

Dated:

                                                                                                         _____

                                                                                                          Gladys Kessler, U.S.D.J.