UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
Focus Enterprises, Inc.,     )
                             )
        Plaintiff,           )
                             )   Civil Action No. 06-2068 (GK)
    v.                       )
                             )
Zassi Medical Evolutions,    )
Inc.                         )
                             )
        Defendant.           )
_____)
```

### ORDER

Plaintiff, Focus Enterprises, Inc. ("Focus") brings this claim against Zassi Medical Evolutions, Inc. ("Zassi") for breach of an alleged oral contract. This matter is before the Court on Defendants' Motion to Dismiss the Complaint and/or to Transfer the Action [Dkt. No. 3]. Upon consideration of the Motion, Opposition, Reply, and the entire record herein, and for the reasons set forth in the accompanying Memorandum Opinion, it is this 31st day of May, 2007, hereby

**ORDERED** that Defendant's Motion to Transfer is **granted** and its Motion to Dismiss is **denied without prejudice.**

　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　Gladys Kessler
　　　　　　　　　　　　　　　　　　　United States District Judge

**Copies to**: attorneys on record via ECF